**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
# 24-80154-CR-ROSENBERG/REINHART
CASE NO. _____

IN RE SEALED INFORMATION

_____/

FILED BY _____ mp _____ D.C.

Dec 3, 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

## MOTION TO SEAL

The United States of America, by and through its undersigned DOJ Trial Attorney, respectfully requests that the Information and any resulting order be SEALED until further order of this Court, excepting the United States Attorney's Office, the Fraud Section at the Department of Justice, and any relevant law enforcement agency, which may obtain copies of the Information and other sealed documents for purposes of extradition, or any other necessary cause, for the reasons that the integrity of an ongoing investigation may be compromised should knowledge of this Information become public.   The DOJ Trial Attorney is prepared to provide further information *in camera* should the Court so require.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:   _AUSA _____

D. KEITH CLOUSER
DOJ Trial Attorney
Court ID No. A5502882
Criminal Division, Fraud Section
U. S. Department of Justice
1400 New York Avenue NW
Washington, DC 20530
Tel.: (202) 256-0867
Email: David.Clouser@usdoj.gov