UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **24-CR-80154-ROSENBERG/REINHART**

IN RE SEALED INFORMATION
_____/

**GOVERNMENT'S MOTION TO UNSEAL**

COMES NOW the United States of America, by and through the undersigned DOJ Attorney, and hereby requests this Honorable Court to unseal the Information and attachments filed in the above-captioned matter.

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

BY:  */s/ D. Keith Clouser*
D. KEITH CLOUSER
FL Special Bar No. A5502882
Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, NW
Washington, DC 20005
(202) 256-0867
David.Clouser@usdoj.gov